IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT SIDNEY TORRENCE, #79821                                            PLAINTIFF

VERSUS                                            CIVIL ACTION NO. 1:14cv441-HSO-JCG

WEXFORD HEALTH SERVICE                                                    DEFENDANT

## FINAL JUDGMENT

This matter is before the Court *sua sponte*. The Court, after a full review and consideration of the record in this case, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's claims in this civil action are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 7th day of April, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE